IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACEY ROBINSON, as Administratrix of the Estate of CHINA BRADLEY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, VIC REGALADO, in his official capacity, NIKKI COPELAND, RN, JUDY WAGGA, APRN, IRENE MURIUKI, LPN,<br><br>Defendants. | Case No: 24-cv-0622-CVE-MTS |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff and Defendants as follows:

Plaintiff's claims against Defendant Nikki Copeland, RN are hereby dismissed without prejudice.

Respectfully submitted,


/s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701 S. Cincinnati Ave.
Tulsa, OK  74119
Telephone:  (918) 585-2667
Facsimile:  (918) 585-2669
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com


**ATTORNEYS FOR PLAINTIFF**

/s/ Jo Lynn Jeter
Jo Lynn Jeter, OBA #20252
Rebecca S. Woodward, OBA # 8070
David J. Anderson, OBA # 35538
NORMAN WOHLGEMUTH, LLP
401 S. Boston Ave., Suite 3200
Tulsa, OK 74103
Telephone: (918)583-7571
Facsimile: (918)584-7846
jjeter@nwlawok.com
rwoodward@nwlawok.com
danderson@nwlawok.com

**ATTORNEYS FOR DEFENDANTS TURN KEY HEALTH CLINICS, LLC, VIC REGALADO, NIKKI COPELAND, and JUDY WAGGA**


/s/Malinda S. Matlock
Malinda S. Matlock, OBA No. 14108
RHODES, HIERONYMUS, JONES, TUCKER & GABLE
1011 N.W. 63rd Street, Ste. 280
Oklahoma City, Oklahoma 73116
Tulsa, OK 73116
Telephone: (800) 364-9113
Facsimile: (918) 592-3390
mmatlock@rhodesokla.com

**ATTORNEY FOR IRENE MURIUKI, LPN**